No. 83–1478. JERSEY CENTRAL POWER & LIGHT CO. *v.* BOARD OF PUBLIC UTILITIES OF NEW JERSEY. Appeal from Super. Ct. N. J., App. Div., dismissed for want of substantial federal question.

No. 83–6226. SPANN *v.* SOUTH CAROLINA. Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. — — ——. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 675 *v.* ODOM ET AL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. — — ——. LEIGHTON *v.* DUBOWSKI ET AL. Motion of respondent Dubowski to direct the Clerk not to file the petition for writ of certiorari denied. Request to impose sanctions denied.

No. — — ——. SHELBY COUNTY SHERIFF'S DEPARTMENT *v.* RUIZ. Motion to direct the Clerk to file the petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. A–757. ASHBY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.